■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR TUCKER, Appellant. [678 NYS2d 546] —Judgment unanimously affirmed (*see, People v Grice*, 254 AD2d 710 [decided herewith]). (Appeal from Judgment of Monroe County Court, Bristol, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.